UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No. 16-mc-80065-HSG<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINT AND DISMISSING ACTION WITH PREJUDICE**<br><br>Re: Dkt. No. 1 |

Pro se Plaintiff John William Wallace ("Plaintiff") has been declared a vexatious litigant who must obtain leave of court before filing an action against the United States. *See* Dkt. No. 19, *Wallace v. United States*, No. 04-cv-01147 (N.D. Cal. Aug. 19, 2004). On March 17, 2016, Plaintiff filed a document with the district court, and the matter was assigned as a miscellaneous action to the undersigned to determine whether Plaintiff should be allowed to file this action.

While Plaintiff's document appears to be largely a series of random words, it references the "President of the United States." Dkt. No. 1 at 1. To the extent Plaintiff is trying to state a cause of action against the President, the Court finds that Plaintiff must obtain leave of court before filing this case. Because the allegations in the complaint are unintelligible and fail to state any cognizable claim, the Court **DENIES** leave to file and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: 5/2/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge